NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1032


JOHN ROBERT MORRIS

VERSUS

STATE OF LOUISIANA, DEPARTMENT OF PUBLIC SAFETY &
CORRECTIONS    (AVOYELLES CORRECTIONAL CENTER)


**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2002-3193-A
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.


**AFFIRMED.**


**John Taylor Bennett**
**Bennett Law Offices**
**Post Office Box 275**
**Marksville, LA 71351**
**(318) 253-4631**
**Counsel for: Plaintiff/Appellant**
**John Robert Morris**

**Lewis Olivier Lauve, Jr.**
**Bussey & Lauve**
**P. O. Box 307**
**Alexandria, LA 71309-0307**
**(318) 449-1937**
**Counsel for: Defendant/Appellee**
**State of Louisiana, Department of Public Safety and Corrections (A. C. C)**